**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                          Case No. **11-40800-PWB**

**Atlanta Automotive Corporation**                             Chapter **11**
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 3,224,101.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 2,211,591.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 677.41 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $ 3,125,967.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 20 | $ 3,224,101.00 | $ 5,338,236.35 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Atlanta Automotive Corporation**                                      Case No. **11-40800-PWB**
_____                        _____
Debtor(s)                                                                      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | **TOTAL** | **0.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Atlanta Automotive Corporation**                                    Case No. **11-40800-PWB**
_____
            Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **U.S. Currency (petty cash)** | | **0.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Balance in checking accounts as of March 15, 2011** | | **700.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

**IN RE** Atlanta Automotive Corporation                                      Case No. **11-40800-PWB**
_____                     _____
Debtor(s)                                                                                         (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable-** **See attached list of accounts receivable** | | **2,584,638.00** **0.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Automobiles used for business use** | | **0.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers, desks, etc.** | | **0.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Inventory of used automobiles** | | **638,763.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Atlanta Automotive Corporation**                                          Case No. **11-40800-PWB**
_____
Debtor(s)                                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **3,224,101.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Atlanta Automotive Corporation**                                    Case No. **11-40800-PWB**
_____
                            Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

**IN RE** Atlanta Automotive Corporation           Case No. **11-40800-PWB**

<table>
<tr><td align="center">Debtor(s)</td><td align="right">(If known)</td></tr>
</table>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

<table>
<tr>
<th rowspan="2">CREDITOR'S NAME AND MAILING ADDRESS<br>INCLUDING ZIP CODE AND ACCOUNT NUMBER.<br>(See Instructions Above.)</th>
<th>CODEBTOR</th>
<th>HUSBAND, WIFE, JOINT,<br>OR COMMUNITY</th>
<th rowspan="2">DATE CLAIM WAS INCURRED,<br>NATURE OF LIEN, AND DESCRIPTION AND VALUE OF<br>PROPERTY SUBJECT TO LIEN</th>
<th>CONTINGENT</th>
<th>UNLIQUIDATED</th>
<th>DISPUTED</th>
<th>AMOUNT OF<br>CLAIM WITHOUT<br>DEDUCTING<br>VALUE OF<br>COLLATERAL</th>
<th>UNSECURED<br>PORTION, IF ANY</th>
</tr>
<tr><th></th><th></th><th></th><th></th><th></th></tr>
<tr>
<td>ACCOUNT NO.<br><br>**Centurion Credit Resources, LLC**<br>**C/O Troutman Sanders LLP**<br>**600 Peachtree St,5200 Bank Amer Plaza**<br>**Atlanta, GA 30308**</td>
<td></td><td></td>
<td>**Floor Plan and Line of Credit**<br><br><br><br>VALUE $ **3,224,101.00**</td>
<td></td><td></td><td>X</td>
<td>**2,211,591.00**</td>
<td></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br>**Hornell Internet Brands, Inc**<br>**PO Box 14604**<br>**Rochester, NY 14614**</td>
<td></td><td></td>
<td><br><br><br>VALUE $</td>
<td></td><td></td><td>X</td>
<td>**0.00**</td>
<td></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><br></td>
<td></td><td></td>
<td><br><br><br>VALUE $</td>
<td></td><td></td><td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><br></td>
<td></td><td></td>
<td><br><br><br>VALUE $</td>
<td></td><td></td><td></td>
<td></td>
<td></td>
</tr>
<tr>
<td align="right" colspan="4">Subtotal<br>(Total of this page)</td>
<td colspan="3" align="right">$ **2,211,591.00**</td>
<td>$</td>
</tr>
<tr>
<td align="right" colspan="4">Total<br>(Use only on last page)</td>
<td colspan="3" align="right">$ **2,211,591.00**</td>
<td>$</td>
</tr>
</table>

**0** continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

**IN RE** Atlanta Automotive Corporation                                    Case No. **11-40800-PWB**
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) – Cont.

IN RE **Atlanta Automotive Corporation**                                        Case No. **11-40800-PWB**
_____Debtor(s)_____                                              _____(If known)_____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **001547** <br> **Bartow County Tax  Commissioner VaLenda Bailey 135 W. Cherokee Ave Suite 217A Cartersville, GA  30120-3179** | | | **2010 Ad Valoren Taxes-2010 State County and School Ad Valorem Tax-Inventory/Equipment-** | X | X | X | **381.08** | **381.08** | |
| ACCOUNT NO. **2009-007135** <br> **Bartow County Tax  Commissioner VaLenda Bailey 135 W. Cherokee Ave Suite 217A Cartersville, GA  30120-3179** | | | **11/15/09 2009 Ad Valorem Real and Personal Property-Cartersville Action Auto LLC 11/20/10 87.10** | X | X | X | **209.23** | **209.23** | |
| ACCOUNT NO. **2010-007244** <br> **Bartow County Tax  Commissioner VaLenda Bailey 135 W. Cherokee Ave Suite 217A Cartersville, GA  30120-3179** | | | **11/20/10 2010 Ad Valorem Tax for Real & Personal Property** | X | X | X | **87.10** | **87.10** | |
| ACCOUNT NO. <br> **Georgia Department Of Revenue Bankruptcy Insolvency Unit P.O. Box 3889 Atlanta, GA  30334** | | | | X | | | **unknown** | | |
| ACCOUNT NO. <br> **Internal Revenue Service P.O. Box 7346 Philadelphia, PA  19101-7346** | | | | X | | | **Unknown** | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **677.41** $ **677.41** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **677.41**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **677.41** $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

**IN RE** **Atlanta Automotive Corporation**                    Case No. **11-40800-PWB**

                                    Debtor(s)                                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **110353**<br><br>**ACS Security - Rome Inc**<br>**P.O. Box 1127**<br>**Rome, GA  30162-1127** | | | **Possible guarantee of corporate debt** | | | | **190.00** |
| ACCOUNT NO.<br><br>**Advance Open Systems**<br>**256 Pinehurst Lane**<br>**Marietta, GA  30068** | | | | | | | **650.00** |
| ACCOUNT NO. **582193**<br><br>**Advanced Disposal Services-Atl North**<br>**8880 Old Federal Rd.**<br>**Ball Ground, GA  30107** | | | | | | | **155.29** |
| ACCOUNT NO. **20622**<br><br>**Alarm Systems**<br>**P.O. Box 2573**<br>**Cartersville, GA  30120** | | | | | | | **45.00** |

   **9** continuation sheets attached

Subtotal
(Total of this page) $ **1,040.29**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Atlanta Automotive Corporation

Debtor(s)

Case No. **11-40800-PWB**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **CACDED**<br><br>**ALLDATA**<br>**9650 W. Taron Dr.**<br>**Ste 100**<br>**Elk Grove, CA  95757** | | | Possible guarantor of corporate debt | | | | 851.72 |
| ACCOUNT NO.<br><br>**Alliance Insurance**<br>**160 US Highway 27 N Bypass**<br>**Bremen, GA  30110** | | | | | | | 3,760.22 |
| ACCOUNT NO. **xxxx6-32000**<br><br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX  75265-0448** | | | Possible guarantor of corporate debt | | | | 8,055.04 |
| ACCOUNT NO.<br><br>**At&T Mobility**<br>**P.O. Box 537104**<br>**Atlanta, GA  30353-7104** | X | | Possible guarantor of corporate debt | | | | 931.19 |
| ACCOUNT NO.<br><br>**Atlanta Dent Company, Inc.**<br>**993 Mansell Rd Suite B**<br>**Roswell, GA  30076** | | | 3/24/10 Invoice #679887 | | X | X | 460.00 |
| ACCOUNT NO.<br><br>**Auto Zone**<br>**C/O Coface Collections North America, In**<br>**P.O. Box 8510**<br>**Metairie, LA  70011-8510** | X | | Possible guarantee of corporate debt | | | | 4,540.11 |
| ACCOUNT NO.<br><br>**Balloons By Bernadette**<br>**706 Allgood Rd**<br>**Marietta, GA  30062** | | | 6/10-9/10 | | | | 24.00 |

Sheet no. **1** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **18,622.28**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Atlanta Automotive Corporation
                    Debtor(s)                    Case No. **11-40800-PWB**
                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4339-9300-2563-2003**<br>**Bank Of America**<br>**P.O. Box15184**<br>**Wilmington, DE  19850-5184** | | | | X | X | X | 24,037.44 |
| ACCOUNT NO.<br>**BB&T**<br>**P.O. Box 580002**<br>**Charlotte, NC  28258-0002** | | | | | | | 2,965.54 |
| ACCOUNT NO. **282814791**<br>**Brooks Auto Salvage, Inc.**<br>**833 Highway 293 Southeast**<br>**Cartersville, GA  30121** | | | 10/1/10 | X | X | X | 380.00 |
| ACCOUNT NO.<br>**C & W Asset Acquisition LLC**<br>**C/O Curtin Law Firm**<br>**2964 Peachtree Road Ste 200**<br>**Atlanta, GA  30305** | | | | | X | | 41,000.00 |
| ACCOUNT NO. **4115-0770-0312-7737**<br>**Capital One Bank**<br>**P.O. Box 71083**<br>**Charlotte, NC  28272-1083** | | | | X | X | X | 527.87 |
| ACCOUNT NO.<br>**Cars And Trucks, Inc.**<br>**5336 Jonesboro Road**<br>**Lake City, GA  30236** | | | Money owing on acct. | | X | | 42,000.00 |
| ACCOUNT NO.<br>**C.Crandle Bray P.C.**<br>**Attorney At Law**<br>**519 Forest Parkway, Suite 220**<br>**Forest Park, GA  30397** | | | Assignee or other notification for:<br>**Cars And Trucks, Inc.** | | | | |

Sheet no. **2** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **110,910.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Atlanta Automotive Corporation

Debtor(s)

Case No. **11-40800-PWB**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cars.Com<br>Classified Ventures,LLC<br>2413  Collection Center Dr<br>Chicago, IL  60693** | | | 01/25/10 | X | X | X | 7,419.36 |
| ACCOUNT NO. **216929**<br>**Carsforsale.Com<br>P.O. Box 242<br>Tea, SD  57064** | | | 2/1/11 564.30<br>3/1/11 445.50 | X | X | X | 1,009.80 |
| ACCOUNT NO. **10495**<br>**CBeyond<br>P. O.Box 406815<br>Atlanta, GA  30384** | | | 1/5/11 | X | X | X | 560.02 |
| ACCOUNT NO. **4185-8635-7404-7494**<br>**Chase<br>Cardmember  Services<br>P.O. Box15153<br>Wilmington, DE  19886-5153** | | | 3/16/11 | X | X | X | 1,826.15 |
| ACCOUNT NO. **071-07096**<br>**Cintas Corporation #071<br>P.O. Box 630910<br>Cincinnati, OH  45263-0910** | | | | X | X | X | 291.04 |
| ACCOUNT NO. **5002356-174046**<br>**City Of Cartersville<br>P.O. Box 1390<br>Cartersville, GA  30120-1390** | | | 3/22/11 Utilities-gas stormwater, water 488.04<br>2/22/11 330.71<br>1/22/11 1126.73 | | | X | 1,945.48 |
| ACCOUNT NO. **1.01310.3**<br>**City Of Emerson<br>P.O. Box 300<br>Emerson, GA  30137** | | | Utilities | | | X | 79.81 |

Sheet no.     **3** of     **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 13,131.66

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Atlanta Automotive Corporation

Debtor(s)

Case No. **11-40800-PWB**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **26665**<br><br>**CMCS Premium Recovery Services**<br>**7400 Lyndale Ave.**<br>**Minneapolis, MN 55423-4055** | | | | X | X | X | 5,795.84 |
| ACCOUNT NO. **14975369**<br><br>**CNA Surety**<br>**101 S. Phillips Ave**<br>**Sioux Falls, SD 57104-6703** | | | **10/12/10 Alicia Daniella Ambrose and David Ambrose v. Atlanta Automotive Corporation 12/10 Karemo Motors** | X | X | X | unknown |
| ACCOUNT NO. **8220210510272208**<br><br>**Comcast**<br>**P.O. Box 530099**<br>**Atlanta, GA 30353-0099** | | | **3/5/11** | X | X | X | 617.11 |
| ACCOUNT NO.<br><br>**Coosa Valley Federal Credit Union**<br>**2010 Redmond Circle**<br>**Rome, GA 30165** | | | | | | | 24,947.00 |
| ACCOUNT NO. **3306268**<br><br>**CoreLogic Credco.LLC**<br>**12395 Frist American Way**<br>**Poway, CA 92064** | | | **3/1/11** | X | X | X | 37.47 |
| ACCOUNT NO.<br><br>**Credit Union Of Georgia**<br>**P.O. Box 2148**<br>**Woodstock, GA 30188** | | | | | | | 20,829.00 |
| ACCOUNT NO. **4341830-14264351**<br><br>**DS Waters Of America**<br>**C/O Collection Bureau Of America**<br>**P.O. Box 5013**<br>**Hayward, CA 94540-5013** | | | **Subject to Setoff** | X | X | X | 427.74 |

Sheet no. **4** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **52,654.16**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Atlanta Automotive Corporation**                                    Case No. **11-40800-PWB**
_____
                    Debtor(s)                                                           (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2087468**<br><br>**G&K Services**<br>**PO Box 43805**<br>**Atlanta,, GA  30336** | | | | X | X | X | 209.80 |
| ACCOUNT NO. **67597-28102**<br><br>**Georgia Power Company**<br>**241 Ralph McGill Blvd**<br>**Atlanta, GA  30308-3374** | | | **Electric 3/16/11 350.64**<br>**Electric 2.15.11 454.17** | | | | 804.81 |
| ACCOUNT NO.<br><br>**Harry B. White, Esq.**<br>**White, Choate, Watkins, Mroezko**<br>**100 West Cherokee Ave.**<br>**Cartersville, GA  30120** | | | **Attorney's fees** | | | X | 5,000.00 |
| ACCOUNT NO.<br><br>**Howard Hochman**<br>**966 Overlook Circle**<br>**Marietta, GA  30062** | | | | | | | 493,842.00 |
| ACCOUNT NO. **4288993**<br><br>**Integrity Financial Partners**<br>**4370 W. 109th Street Suite 100**<br>**Overland Park, KS  66211** | | | | X | X | X | 7,944.78 |
| ACCOUNT NO.<br><br>**Interior Restoration Specialists**<br>**6248 North Main St**<br>**Acworth, GA  30101** | | | **Dispute on aAcct.** | X | X | X | 450.00 |
| ACCOUNT NO.<br><br>**Karemo Motors**<br>**2810 Waterford Park Dr.**<br>**Lawrenceville, GA  30044-2766** | | | | | X | | 28,000.00 |

Sheet no. **5** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **536,251.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Atlanta Automotive Corporation      Case No. **11-40800-PWB**

Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Kirk Chewning** <br> **574 Vinings Springs Drive** <br> **Mableton, GA  30126** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **KLC Ventures** <br> **574 Vinings Sprigs Drive** <br> **Mableton, GA  30126** | | | | | | | **45,000.00** |
| ACCOUNT NO. **21205** <br> **M&A Welding Supply CO.** <br> **PO Box 759** <br> **Carterville, GA  30120** | | | 2/28/11 | X | X | X | **153.83** |
| ACCOUNT NO. <br> **M&M Of GA Transporters** <br> **28 Monroe Crossing** <br> **Cartersville, GA  30120** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Maaco** <br> **3173 N. Cobb Parkway** <br> **Kennesaw, GA  30152** | | | | | | | **5,460.37** |
| ACCOUNT NO. **51228** <br> **Norman & Associates** <br> **1360 Union Hill Road Bldg 12** <br> **Alpharetta, GA  30004** | | | dispute on acct Phoenix Research #30333 | X | X | X | **1,084.22** |
| ACCOUNT NO. <br> **North Georgia Credit Services, Inc.** <br> **3482 Keith Bridge Road #321** <br> **Cumming, GA  30041** | | | Claim for disallowed check, penalties, costs | | X | X | **1,512.48** |

Sheet no. **6** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **53,210.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Atlanta Automotive Corporation _____
  Debtor(s)  (If known)

Case No. **11-40800-PWB**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **85672** <br> **North Georgia Credit Servicesd** <br> **3482 Keith Bridge Rd  Suite 321** <br> **Cumming, GA  30041** | | | **Hennessy Land Rover Buckhead dispute on acct** | X | X | X | **1,012.48** |
| ACCOUNT NO. <br> **O'Reilly Auto Parts** <br> **PO Box 1156** <br> **Springfield, MO  65801** | | | **Returned Check 12/8/10 47.72** <br> **Returned Check 12/8/10 52.83** <br> **Returned Check 12/8/10 84.83** | X | X | X | **184.93** |
| ACCOUNT NO. <br> **Parham Printing** <br> **2070 Attic Parkway Suite 501** <br> **Kennesaw, GA  30152** | | | **5/12/20 Business Cards** | | | | **31.80** |
| ACCOUNT NO. <br> **Platimum Credit Resources, LLC** <br> **D/B/A Centurian Credit Resources, LLC** <br> **152 West 57th St., 54th Floor** <br> **New York, NY  10019** | | | | | X | | **2,292,602.21** |
| ACCOUNT NO. <br> **Centurion Credit Resources, LLC** <br> **C/O Troutman Sanders, LLP** <br> **600 Peachtree Street, NE, Ste. 5200** <br> **Atlanta, GA  30308-2216** | | | **Assignee or other notification for:** <br> **Platimum Credit Resources, LLC** | | | | |
| ACCOUNT NO. <br> **Pruitt's Auto Sales, Inc** <br> **D/B/A Pruitt's Truck Sales** <br> **1263 Cobb Parkway SE** <br> **Marietta, GA  30060** | | | **7/22/10 dispute on acct-leased premises** | X | X | X | **6,600.00** |
| ACCOUNT NO. <br> **RBC Bank** <br> **C/O Corporation Services Company** <br> **40 Technology Parkway South #300** <br> **Norcross, GA  30092** | | | | | | | **unknown** |

Sheet no. **7** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,300,431.42**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Atlanta Automotive Corporation

Debtor(s)

Case No. **11-40800-PWB**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Richard Horowitz, Esq.<br>450 Seventh Ave, 9th Floor<br>New York, NY 10123 | | | Claim for attorney's fees | X | | | 10,500.00 |
| ACCOUNT NO.<br>Shadday Enterprises<br>D/B/A Mr. Payroll<br>898 Joe Frank Harris Parkway<br>Cartersville, GA 30120 | | | dispute pm acct. 10/26/10 | X | X | X | 650.00 |
| ACCOUNT NO. 4720734<br>Southern Insurance Underwriters<br>PO Box 105609<br>Atlanta, GA 30348 | | | 6/21/10<br>Subject to Setoff | X | X | X | 8,866.66 |
| ACCOUNT NO.<br>Stuart Allan & Associates<br>5447 E. 5th Street Suite I10<br>Tucson, AZ 85711-2345 | | | acct 02465262 Firestone Tires dispute on acct | X | X | X | 1,048.00 |
| ACCOUNT NO.<br>Telenet Systems & Alarm Systems<br>PO Box 2573<br>Cartersville, GA 30120 | | | 10/18/10 | | | | 65.00 |
| ACCOUNT NO.<br>Traina Enterprises, Inc.<br>D/B/A Outdoor Media Group<br>2487 Cedarcrest Road, Sutie 511<br>Acworth, GA 30102 | | | Claim for outdoor advertising | | X | X | 14,998.32 |
| ACCOUNT NO. 7723130100960685<br>Tribute<br>Payment Processing<br>PO Box 790188<br>St. Louis, MO 63179-0188 | | | Subject to Setoff | X | X | X | 3,226.76 |

Sheet no. __8__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **39,354.74**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Atlanta Automotive Corporation**                                Case No. **11-40800-PWB**
_____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1508-002** <br><br> **White Choate, Watkins & Mroczko,LLC** <br> **100 West Cherokee Wve** <br> **Cartersville, GA  30120** | | | 6/17/10 Legal bills 235.25 <br> 2/23/11 Legal bills 125.00 | X | X | X | **360.25** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**9**___ of ___**9**___ continuation sheets attached to                                    Subtotal                $ **360.25**
Schedule of Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

                                                                                                    Total
                                                    (Use only on last page of the completed Schedule F. Report also on
                                                    the Summary of Schedules, and if applicable, on the Statistical
                                                    Summary of Certain Liabilities and Related Data.)        $ **3,125,967.94**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Atlanta Automotive Corporation**                                    Case No. **11-40800-PWB**
_____                                    _____
                            Debtor(s)                                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Atlanta Automotive Corporation**                                    Case No. **11-40800-PWB**

                    Debtor(s)                                                                          (If known)

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Andrew Schatz**<br>**1168 Joe Frank Harris Parkway**<br>**Cartersville, GA  30120** | **At&T Mobility**<br>**P.O. Box 537104**<br>**Atlanta, GA  30353-7104** |
| **Cartersville Action Auto**<br>**1168 Joe Frank Harris Pkwy**<br>**Cartersville, GA  30120** | **Auto Zone**<br>**C/O Coface Collections North America, In**<br>**P.O. Box 8510**<br>**Metairie, LA  70011-8510** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Georgia

IN RE:                                         Case No. **11-40800-PWB**

**Atlanta Automotive Corporation**                Chapter **11**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **April 1, 2011**             Signature: ***/s/ Andrew Schatz***

                                     **Andrew Schatz, CEO**                              Debtor

Date: _____         Signature: _____

                                                        Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ACS Security - Rome Inc
P.O. Box 1127
Rome, GA  30162-1127


Advance Open Systems
256 Pinehurst Lane
Marietta, GA  30068


Advanced Disposal Services-Atl North
8880 Old Federal Rd.
Ball Ground, GA  30107


Alarm Systems
P.O. Box 2573
Cartersville, GA  30120


ALLDATA
9650 W. Taron Dr.
Ste 100
Elk Grove, CA  95757


Alliance Insurance
160 US Highway 27 N Bypass
Bremen, GA  30110


American Express
PO Box 650448
Dallas, TX  75265-0448


Andrew Schatz
1168 Joe Frank Harris Parkway
Cartersville, GA  30120


At&T Mobility
P.O. Box 537104
Atlanta, GA  30353-7104

Atlanta Dent Company, Inc.
993 Mansell Rd Suite B
Roswell, GA   30076


Auto Zone
C/O Coface Collections North America, In
P.O. Box 8510
Metairie, LA   70011-8510


Balloons By Bernadette
706 Allgood Rd
Marietta, GA   30062


Bank Of America
P.O. Box15184
Wilmington, DE   19850-5184


Bartow County Tax  Commissioner
VaLenda Bailey
135 W. Cherokee Ave Suite 217A
Cartersville, GA   30120-3179


BB&T
P.O. Box 580002
Charlotte, NC   28258-0002


Brooks Auto Salvage, Inc.
833 Highway 293 Southeast
Cartersville, GA   30121


C & W Asset Acquisition LLC
C/O Curtin Law Firm
2964 Peachtree Road Ste 200
Atlanta, GA   30305

```
C.Crandle Bray P.C.
Attorney At Law
519 Forest Parkway, Suite 220
Forest Park, GA  30397


Capital One Bank
P.O. Box 71083
Charlotte, NC  28272-1083


Cars And Trucks, Inc.
5336 Jonesboro Road
Lake City, GA  30236


Cars.Com
Classified Ventures,LLC
2413  Collection Center Dr
Chicago, IL  60693


Carsforsale.Com
P.O. Box 242
Tea, SD  57064


Cartersville Action Auto
1168 Joe Frank Harris Pkwy
Cartersville, GA  30120


CBeyond
P. O.Box 406815
Atlanta, GA  30384


Centurion Credit Resources, LLC
C/O Troutman Sanders, LLP
600 Peachtree Street, NE, Ste. 5200
Atlanta, GA  30308-2216
```

Centurion Credit Resources, LLC
C/O Troutman Sanders LLP
600 Peachtree St,5200 Bank Amer Plaza
Atlanta, GA  30308


Chase
Cardmember  Services
P.O. Box15153
Wilmington, DE  19886-5153


Cintas Corporation #071
P.O. Box 630910
Cincinnati, OH  45263-0910


City Of Cartersville
P.O. Box 1390
Cartersville, GA  30120-1390


City Of Emerson
P.O. Box 300
Emerson, GA  30137


CMCS Premium Recovery Services
7400 Lyndale Ave.
 Minneapolis, MN  55423-4055


CNA Surety
101 S. Phillips Ave
Sioux Falls, SD  57104-6703


Comcast
P.O. Box 530099
Atlanta, GA  30353-0099

Coosa Valley Federal Credit Union
2010 Redmond Circle
Rome, GA  30165


CoreLogic Credco.LLC
12395 Frist American Way
Poway, CA  92064


Credit Union Of Georgia
P.O. Box 2148
Woodstock, GA  30188


DS Waters Of America
C/O Collection Bureau Of America
P.O. Box 5013
Hayward, CA  94540-5013


G&K Services
PO Box 43805
Atlanta,, GA  30336


Georgia Department Of Revenue
Bankruptcy Insolvency Unit
P.O. Box 3889
Atlanta, GA  30334


Georgia Power Company
241 Ralph McGill Blvd
Atlanta, GA  30308-3374


Harry B. White, Esq.
White, Choate, Watkins, Mroezko
100 West Cherokee Ave.
Cartersville, GA  30120

Hornell Internet Brands, Inc
PO Box 14604
Rochester, NY  14614


Howard Hochman
966 Overlook Circle
Marietta, GA  30062


Integrity Financial Partners
4370 W. 109th Street Suite 100
Overland Park, KS  66211


Interior Restoration Specialists
6248 North Main St
Acworth, GA  30101


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346


Karemo Motors
2810 Waterford Park Dr.
Lawrenceville, GA  30044-2766


Kirk Chewning
574 Vinings Springs Drive
Mableton, GA  30126


KLC Ventures
574 Vinings Sprigs Drive
Mableton, GA  30126


M&A Welding Supply CO.
PO Box 759
Carterville, GA  30120

M&M Of GA Transporters
28 Monroe Crossing
Cartersville, GA  30120


Maaco
3173 N. Cobb Parkway
Kennesaw, GA  30152


Norman & Associates
1360 Union Hill Road Bldg 12
Alpharetta, GA  30004


North Georgia Credit Services, Inc.
3482 Keith Bridge Road #321
Cumming, GA  30041


North Georgia Credit Servicesd
3482 Keith Bridge Rd  Suite 321
Cumming, GA  30041


O'Reilly Auto Parts
PO Box 1156
Springfield, MO  65801


Parham Printing
2070 Attic Parkway Suite 501
Kennesaw, GA  30152


Platimum Credit Resources, LLC
D/B/A Centurian Credit Resources, LLC
152 West 57th St., 54th Floor
New York, NY  10019

Pruitt's Auto Sales, Inc
D/B/A Pruitt's Truck Sales
1263 Cobb Parkway SE
Marietta, GA  30060


RBC Bank
C/O Corporation Services Company
40 Technology Parkway South #300
Norcross, GA  30092


Richard Horowitz, Esq.
450 Seventh Ave, 9th Floor
New York, NY  10123


Shadday Enterprises
D/B/A Mr. Payroll
898 Joe Frank Harris Parkway
Cartersville, GA  30120


Southern Insurance Underwriters
PO Box 105609
Atlanta, GA  30348


Stuart Allan & Associates
5447 E. 5th Street Suite I10
Tucson, AZ  85711-2345


Telenet Systems & Alarm Systems
PO Box 2573
Cartersvile, GA  30120


Traina Enterprises, Inc.
D/B/A Outdoor Media Group
2487 Cedarcrest Road, Sutie 511
Acworth, GA  30102

```
Tribute
Payment Processing
PO Box 790188
St. Louis, MO  63179-0188


White Choate, Watkins & Mroczko,LLC
100 West Cherokee Wve
Cartersville, GA  30120
```

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                               Case No. **11-40800-PWB**

**Atlanta Automotive Corporation**                                   Chapter **11**

Debtor(s)

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENT OF FINANCIAL AFFAIRS

Each of the undersigned declares under penalty of perjury —

(1) My attorney is filing on my behalf

☑ the original of or ☐ the amendment to
[check applicable box]

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☐ * Petition | ☑ Schedule F |
| ☑ List of all Creditors | ☑ Schedule G |
| ☐ * List of 20 largest creditors | ☑ Schedule H |
| ☑ Schedule A | ☐ Schedule I |
| ☑ Schedule B | ☐ Schedule J |
| ☑ Schedule C | ☐ * Declarations Concerning Debtor's Schedules |
| ☑ Schedule D | ☐ * Statement of Financial Affairs |
| ☑ Schedule E | |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and

Dated: **April 1, 2011**

Signature:                    */s/ Andrew Schatz*
Type or Print Name:          **Andrew Schatz**

Signature:
Type or Print Name:
(If Joint Debtors, Both Must Sign)

Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s)(or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Dated: **April 1, 2011**

                             */s/ Edward F. Danowitz, Jr.*
Type or Print Name:          **Edward F. Danowitz, Jr.**
                             Bar Number: **003180**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only