**IT IS ORDERED as set forth below:**

**Date: June 24, 2011**

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

|  |  |  |
|---|---|---|
| | : | |
| IN RE: | : | |
| ATLANTA AUTOMOTIVE CORPORATION, | : | CHAPTER 11 |
| | : | |
| Debtor. | : | Case No. 11-40800-pwb |
| | : | |

**ORDER DISMISSING CHAPTER 11 CASE**

This matter came before the Court for hearing on June 22, 2011, on the Debtor's Motion

To Dismiss Chapter 11 Case ("the Motion") after notice to the United States Trustee, all creditors

and parties in interest.  In the Motion, the Debtor reported that there was no likelihood of

reorganization and that all known property of the estate was encumbered liens.  No creditors or

parties in interest filed responses in opposition to the Motion, nor did the United States Trustee

oppose the relief requested.  Good cause having been shown why the relief requested should be

granted, it is

ORDERED that, pursuant to Section 1112(b)(1) of the Bankruptcy Code and in

accordance with Section 349 of the Bankruptcy Code, the above styled Chapter 11 Case of

Atlanta Automotive Corporation be, and hereby is, DISMISSED.

IT IS FURTHER ORDERED that nothing contained in this order of dismissal is intended to, nor shall it, relieve Atlanta Automotive Corporation from its duties to file operating reports through the date of the dismissal or from the payment of statutory fees to the United States Trustee.

The Clerk of the Court shall serve this order pursuant to BLR9007-1.

*END OF DOCUMENT*

[SIGNATURES ON FOLLOWING PAGE]

Prepared and presented by
Counsel for Debtor In Possession


  /s/ *Edward F. Danowitz*
Edward F. Danowitz, Jr.
Ga. State Bar No. 003180
**Danowitz & Associates, P.C.**
300 Galleria Parkway
Suite 960
Atlanta, Georgia  30339
770-933-0960


No Opposition by
United States Trustee


 /S/ Martin P. Ochs
Martin P. Ochs
State Bar No. 091608
361 Richard Russell Federal Building
75 Spring Street
Atlanta, GA 30303
404-331-4437